Certificate Number: 16339-PAE-DE-039494185

Bankruptcy Case Number: 25-10675



16339-PAE-DE-039494185

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 28, 2025, at 4:31 o'clock PM EDT, Carolyn Rivera completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: March 28, 2025       By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor