# **EXHIBIT A**

| Case No. | Case Title | Name of Creditor |
|---|---|---|
| 18-15508-djb | Gloria Harley | Wells Fargo Bank, N.A. |
| 18-17062-pmm | Eligio Jaime and Maribel Griselda Jaime | PHH Mortgage Corporation |
| 18-17297-pmm | Gloria Lynn Romanski | Wells Fargo Bank, N.A. |
| 19-10514-pmm | Shelleyann Charyle Neal | Wells Fargo Bank, National Association, as Trustee for Option One Mortgage Loan Trust 2003-5 Asset-Backed Certificates, |
| 19-10688-amc | Gabriela Jakeline Velazco | Nationstar Mortgage LLC |
| 19-11022-djb | Kenneth Barry Jones, Sr. | Freedom Mortgage Corporation |
| 19-14456-pmm | Diane L Pletz | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken |
| 19-16054-amc | Matthew P. Deering | U.S. Bank National Association, as Trustee for Asset Backed Securities Corporation Home Equity Loan Trust, Series OOMC 2006-HE5, Asset Backed Pass-Through Certificates, Series |
| 19-16681-amc | Yongping Wang | DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR12, MORTGAGE PASS-THROUGH CERTIFICATES Series 2005-AR12 |
| 19-17004-amc | Joseph F. Staudenmeier and Stacey A. Staudenmeier | Nationstar Mortgage LLC |
| 19-17886-djb | Grady M Collins and Antoinette Bolduc-Collins | Wells Fargo USA Holdings, Inc. |
| 19-17923-pmm | Greta M. Jones | Santander Bank, N.A. |
| 20-10234-amc | Patrick Jacob Baldwin | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken |
| 20-10290-amc | Luz B. Castro | U.S. Bank Trust Company, National Association, as Trustee, successor in interest to U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2007-WFHE3, Asset- |
| 20-10645-pmm | Brandon Paul Gwilliam and Kimberly Nicole Gwilliam | Nationstar Mortgage LLC |
| 20-10688-amc | Sharon V Woods | Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-WF1, Asset- Backed |
| 20-10848-djb | Gail K. Sottnick | Peritus Portfolio Services II, LLC as servicer for Westlake Financial Services |
| 20-11102-amc | Lorenzo D. White and Roberta M. White | Freedom Mortgage Corporation |
| 20-11450-pmm | Victor Fernando Calder, Jr. and Kimberly Ann Calder | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 20-11865-pmm | Crystal F. Johnson | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken |
| 20-12032-djb | Eroleen Nelson | Peritus Portfolio Services II, LLC as servicer for Westlake Financial Services |
| 20-13111-pmm | Mark Brandstetter and Bernadette Brandstetter | Peritus Portfolio Services II, LLC as servicer for Westlake |
| 20-13262-pmm | Patricia Deoud | U.S. Bank National Association, as Trustee, for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2006-EMX9 |
| 20-13623-pmm | Katrena Wentzel | The Bank of New York Mellon f/k/a The Bank of New York as successor trustee for JPMorgan Chase Bank, N.A., as Trustee for the benefit of the Certificateholders of Popular ABS, Inc. |
| 20-13782-pmm | Daniel Williams, Jr. | PHH Mortgage Corporation |
| 20-14482-pmm | David Joseph Jackson | Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2006-1, Asset-Backed Certificates, |
| 20-14596-amc | Troy Jordon | Wintrust Mortgage, a division of Barrington Bank & Trust |
| 20-14673-djb | Eugene A. Keene, Jr. and Stephanie I. Keene | WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH |
| 21-10218-amc | Aleisha Riles | Santander Bank, N.A. |
| 21-10438-pmm | Kara J. Seawell | Freedom Mortgage Corporation |
| 21-10744-djb | Luis E. Cruz | HSBC Bank USA, National Association, as Trustee for the benefit of People's Financial Realty Mortgage Securities Trust, Series 2006-1, Mortgage Pass-Through Certificates, Series |
| 21-10919-djb | Lisa D Walker | Santander Bank, N.A. |

| | | |
|---|---|---|
| 21-11087-pmm | David J. Toth | U.S. Bank Trust Company, National Association, as trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, |
| 21-11144-amc | Wilfredo Rodriguez | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken |
| 21-11178-djb | Victor M Sosa | Santander Bank, N.A. |
| 21-11363-djb | Miller A Delcastillo | U.S. Bank National Association, as Trustee for American Home Mortgage Investment Trust 2005-4C |
| 21-11432-pmm | Robert Bench | Freedom Mortgage Corporation |
| 21-11881-pmm | Tonja Clark | U.S. Bank, National Association, as Trustee for Mortgage Pass-Through Certificates, Series 1998-R3 |
| 21-12021-pmm | Richard John Seeds | U.S. BANK NATIONAL ASSOCIATION, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through |
| 21-12269-amc | Kevin R. Gray, Sr. | U.S. BANK NATIONAL ASSOCIATION |
| 21-12724-djb | Djeffly Dinvil | U.S. Bank National Association, as Trustee, for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed |
| 21-12832-pmm | Sha Nanette Nicholson | Wells Fargo Bank, National Association, as Trustee for Option One Woodbridge Loan Trust 2003-1, Asset Backed Certificates, |
| 21-12922-pmm | Regina M. Fronina | AmeriHome Mortgage Company, LLC |
| 21-13104-djb | Donna M. Collins | Carrington Mortgage Services, LLC |
| 21-13416-pmm | William Mauricio Meza | Deutsche Bank National Trust Company, as Trustee for CDC Mortgage Capital Trust 2002-HE1, Mortgage Pass-Through |
| 22-10116-amc | Douglas W. Sweet | Santander Bank, N.A. |
| 22-10139-djb | Alyssa M Aliff | Freedom Mortgage Corporation |
| 22-10272-djb | Wanda Edwards | Santander Bank, N.A. |
| 22-10338-djb | Nakiya Wright | Freedom Mortgage Corporation |
| 22-10345-djb | Fatima M Daniels | Carrington Mortgage Services, LLC |
| 22-10653-pmm | Kim L Gilbert-Prior | Rushmore Loan Management Services LLC |
| 22-10827-amc | Paul M. Battinieri and Carol A Battinieri | U.S. BANK NATIONAL ASSOCIATION |
| 22-10924-pmm | Brandon N. Gordon and Shannan D. Gordon | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 22-11001-pmm | Robert Bush | Wells Fargo Bank, N.A. |
| 22-11026-pmm | Harold F Klump and Sherry L Klump | Freedom Mortgage Corporation |
| 22-11108-pmm | Tuan Q Tran | PHH Mortgage Corporation |
| 22-11416-amc | Cynthia E. Culbreath | Federal Home Loan Mortgage Corporation, as trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2017- |
| 22-11488-djb | Kimberly A. Tarasiewicz | Santander Bank, N.A. |
| 22-11556-djb | Patrick Lee Olson | Wells Fargo Bank, N.A. |
| 22-11566-pmm | Christopher S. Dietrich and Sharon Ann Dietrich | Wells Fargo Bank, N.A. |
| 22-11641-pmm | Timothy Allen Bender and Jennifer Nicole Bender | Freedom Mortgage Corporation |
| 22-11725-djb | Derrick Maurice Williams, Sr. and Elisha Faye Williams | Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series |
| 22-11809-djb | Beverly Haley | Deutsche Bank National Trust Company, formerly known as Bankers Trust Company of California, N.A., as Trustee for Provident Bank Home Equity Loan Trust 1998-4, Home Equity |
| 22-11818-amc | Keith M. Scriven | Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Assets Trust 2006-1, Mortgage- |
| 22-11870-pmm | Tabyus M. Walker | Lakeview Loan Servicing, LLC |
| 22-11967-djb | TeNeka S. McDaniel | Wells Fargo Bank, N.A. |
| 22-11992-pmm | Eric W. Johanson and Andrea M. Johanson | Freedom Mortgage Corporation |
| 22-12026-pmm | Michele Gussman | Ally Bank |
| 22-12044-pmm | Mitchell E. Kriebel | Santander Bank, N.A. |

| Case No. | Debtor(s) | Creditor |
|---|---|---|
| 22-12077-djb | Tamara Ali Bey | Freedom Mortgage Corporation |
| 22-12080-pmm | William Garriga, Sr. and Isabel Flores-Garriga | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS- |
| 22-12235-amc | Diane F. Sipe | Wells Fargo Bank, N.A. |
| 22-12278-amc | Lulu Johnson-Mowenn | HSBC Bank USA, N.A., as Indenture Trustee for the registered Noteholders of Renaissance Home Equity Loan Trust 2006-3 |
| 22-12403-djb | Daniel H. Josephson | U.S. Bank National Association |
| 22-12651-djb | Daniel W. Crager | Santander Bank, N.A. |
| 22-12661-amc | Abraham A. Swaray, Sr. | Santander Bank, N.A. |
| 22-12700-djb | Melanie Bridgens | Wells Fargo Bank, N.A. |
| 22-12724-amc | David William Pagano and Donna Louise Pagano | Santander Bank, N.A. |
| 22-12761-amc | Tyesha Jackson-Robinson | Philadelphia Federal Credit Union unless in NH, RI, ME or Orleans Parish, LA, then use Federal National Mortgage |
| 22-12772-djb | Johnny P. Brown and Lisa M. Brown | Freedom Mortgage Corporation |
| 22-12772-djb | Johnny P. Brown and Lisa M. Brown | Strike Acceptance Inc. |
| 22-12773-djb | Matthew Hower and Melissa Hower | Freedom Mortgage Corporation |
| 22-12872-amc | Andrew John Sterner | Freedom Mortgage Corporation |
| 22-12972-amc | William A Buonocore | Freedom Mortgage Corporation |
| 22-13040-amc | Briana C. Phillips | CrossCountry Mortgage, LLC |
| 22-13059-djb | Ernstha Jovin | Wells Fargo Bank, N.A. |
| 22-13117-djb | D'Mont D. Reese | Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass- |
| 22-13133-pmm | Kristen Long | Amerihome Mortgage Company, LLC |
| 22-13237-pmm | Jose Antonio Alegria and Marty Veras De Alegria | PHH Mortgage Corporation |
| 22-13438-pmm | Jason Edward Ray | Lake Michigan Credit Union |
| 22-13467-amc | Michelle J Samad | Wells Fargo Bank, N.A. |
| 23-10084-amc | John Thomas Moore, Jr | Freedom Mortgage Corporation |
| 23-10114-pmm | Michael Joseph Brady and Karen Sue Brady | HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2007- |
| 23-10327-amc | Nina E. Miles Lane | CrossCountry Mortgage, LLC |
| 23-10368-pmm | Matthew B. Keller | Freedom Mortgage Corporation |
| 23-10377-pmm | Linda Marie Wilhelm | PHH Mortgage Corporation |
| 23-10436-pmm | Jeremy N. Forsyth and Amanda A. Forsyth | Nationstar Mortgage LLC |
| 23-10450-pmm | Brian Garrett and Marie Garrett | Santander Bank, N.A. |
| 23-10464-pmm | Sheri Pugliesi | DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for MORGAN STANLEY HOME EQUITY LOAN TRUST 2006-2 |
| 23-10472-pmm | Diane R Hawkey | KeyBank, NA, s/b/m First Niagara Bank, NA |
| 23-10537-amc | Cynthia L. Rabb | HSBC Bank USA, N.A., as Indenture Trustee for the registered Noteholders of Renaissance Home Equity Loan Trust 2007-2 |
| 23-10742-pmm | Tony Raymond Williams | PNC Bank, National Association |
| 23-10793-pmm | Robert E. Ames and Alexis E. Ames | DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for the registered holders of MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE7 MORTGAGE PASS-THROUGH |
| 23-10799-amc | Klementina Zurbo | Freedom Mortgage Corporation |
| 23-10821-amc | Shaun Sherwood | U.S. BANK NATIONAL ASSOCIATION |
| 23-10830-djb | Charles R Cooper | American Express National Bank c/o Beckett and Lee LLP |
| 23-10845-pmm | Jovel B. Sabigan and Heather M. Sabigan | Freedom Mortgage Corporation |
| 23-11013-djb | Derek Craig Gibbs, Jr | PENTAGON FEDERAL CREDIT UNION |
| 23-11065-djb | Ronald J. Klocek, Jr | Wells Fargo Bank, N.A. |

| | | |
|---|---|---|
| 23-11171-djb | Flemuel Brown, III | Firstrust Bank |
| 23-11247-pmm | Eddie J. Ortiz Sanchez | Freedom Mortgage Corporation |
| 23-11351-amc | Deneen E Baker | Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2007-CP1, Asset-Backed |
| 23-11379-pmm | Lisa Christine Ansorge | Santander Bank, N.A. |
| 23-11485-djb | Shawn Nichols and Melisa J. Nichols | Freedom Mortgage Corporation |
| 23-11523-amc | Mark A. Bennett and Alyson C. Bennett | Wells Fargo Bank, N.A. |
| 23-11628-pmm | Ronald Velez | Data Mortgage, INC. DBA, Essex Mortgage |
| 23-11893-djb | Christopher Charles Capizzi and Deborah Lynne Capizzi | U.S. Bank National Association |
| 23-11998-pmm | Kenneth Robert Derr | U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR |
| 23-12031-amc | Samuel McCutchin | Wells Fargo Bank, N.A. |
| 23-12103-pmm | Miguel Andres Torres | DISCOVER BANK |
| 23-12116-djb | Michael Laine and Tracie Laine | Wells Fargo Bank, N.A. |
| 23-12241-amc | Kathleen A Roode | PHH Mortgage Corporation |
| 23-12381-amc | Carol Ann Stitz | Wells Fargo Bank, N.A. |
| 23-12596-pmm | Jeffrey William Harwood and Virginia Joan Harwood | CrossCountry Mortgage, LLC |
| 23-12617-pmm | Jamil Haidar | CrossCountry Mortgage, LLC |
| 23-12719-djb | Inez Nelson | Mortgage Assets Management, LLC |
| 23-12825-amc | Daran Brown | U.S. Bank National Association, as Indenture Trustee for the CIM Trust 2019-R3 Mortgage-Backed Notes, Series 2019-R3 |
| 23-12851-pmm | Joel A. Lambert, Jr. | U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR |
| 23-12911-pmm | Dewi Wilson | Freedom Mortgage Corporation |
| 23-13253-djb | James B. Borai and Michele N. Borai | Freedom Mortgage Corporation |
| 23-13259-pmm | Rommel Sierra | Freedom Mortgage Corporation |
| 23-13385-djb | Tanya L. Solomon | PHH Mortgage Corporation |
| 23-13387-amc | Claudio J. Rodriguez | Wells Fargo Bank, N.A. |
| 23-13420-djb | Hewayda E Saltan | Wells Fargo Bank, N.A. |
| 23-13432-djb | Christian Morris | DISCOVER BANK |
| 23-13458-pmm | Donna L Croce | Wells Fargo Bank, N.A. |
| 23-13573-djb | Nikole Riebow | Wells Fargo Bank, N.A. |
| 23-13591-djb | James E Devery and Mary Ann Devery | DISCOVER BANK |
| 23-13624-djb | Dorothy C. Thiel | Freedom Mortgage Corporation |
| 23-13691-pmm | Kenneth E. Simon and Jane C. Simon | DISCOVER BANK |
| 23-13703-pmm | Brian K. Leese | Lakeview Loan Servicing, LLC |
| 23-13718-pmm | Michael Seldow | AmeriHome Mortgage Company, LLC |
| 23-13767-pmm | Mildred Enid Shehab and Ziad Shehab | Freedom Mortgage Corporation |
| 23-13817-pmm | Michael E. Wagner | Wells Fargo Bank, N.A. |
| 23-13823-pmm | Salmon Samuel Masih and Shefali Masih | loanDepot.com, LLC |
| 23-13944-amc | Michael F. Wright | CrossCountry Mortgage, LLC |
| 24-10032-amc | Ashley Austin | Movement Mortgage, LLC |
| 24-10223-pmm | Thomas Waring and Lee Anne Waring | Nationstar Mortgage LLC |
| 24-10255-pmm | Derise Polcari | Wilmington Trust National Association, as successor trustee to Citibank, N.A., as Trustee for BNC Mortgage Loan Trust Series 2007-3, Mortgage Pass-Through Certificates, Series 2007-3 |
| 24-10327-pmm | Jaime Figueroa Colon | Nationstar Mortgage LLC |
| 24-10341-amc | Keith M McMahon | Wells Fargo Bank, National Association |
| 24-10342-amc | David R Larkins | Wells Fargo Bank, N.A. |

| | | |
|---|---|---|
| 24-10354-amc | Jennifer L. Shinn Madden | Santander Bank, N.A. |
| 24-10389-djb | Peggy A Weyler | Wells Fargo Bank, N.A. |
| 24-10495-pmm | Tyler Stephen Lindenmuth | Regions Bank dba Regions Mortgage |
| 24-10661-djb | Shakeel A. Khan and Farhana Khan | Wells Fargo Bank, N.A. |
| 24-10676-pmm | Breanna Lee Shoup and Ryan David Shoup | DISCOVER BANK |
| 24-10687-djb | Kelete K Lewis | U.S. BANK NATIONAL ASSOCIATION, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust 2007-BNC1 Mortgage Pass-Through Certificates, Series 2007-BNC1 |
| 24-10696-pmm | Eric John Ploppert | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 24-10737-amc | Bruce E Bates, Sr. | CrossCountry Mortgage, LLC |
| 24-10762-amc | Erik D. Rockmore | Freedom Mortgage Corporation |
| 24-10763-pmm | Eslam Gamal | Wells Fargo Bank, N.A. |
| 24-10935-pmm | Timothy A Moyer | PHH Mortgage Corporation |
| 24-10969-pmm | Daniel L. Wolfrom and Kirsten A. Wolfrom | CrossCountry Mortgage, LLC |
| 24-11002-pmm | Colleen Marie Adams | U.S. BANK NATIONAL ASSOCIATION, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through |
| 24-11030-pmm | Kim Marie Smalley | Freedom Mortgage Corporation |
| 24-11035-amc | Craig M. Dizengoff and Kimberly A. Dizengoff | Reliance First Capital, LLC |
| 24-11075-amc | Angela Addison | PHH Mortgage Corporation |
| 24-11103-pmm | Kenneth S. Mertz, III and Wendy Sue Mertz | Freedom Mortgage Corporation |
| 24-11119-pmm | Catherine Matta | The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. |
| 24-11120-djb | Brian Joseph Davis | Wells Fargo Bank, N.A. |
| 24-11122-amc | Constantinos Nikolos and Sophie Nikolos | DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES |
| 24-11286-amc | Vincent John Lyons | Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2007-2 |
| 24-11375-pmm | Valerie Lee Rockafellow and William Rockafellow, Jr. | Nationstar Mortgage LLC |
| 24-11394-amc | Angela Marie Cianchetta | Movement Mortgage, LLC |
| 24-11420-djb | Velma A Green | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 24-11497-pmm | Eugene Peppe and Mary Peppe | PHH Mortgage Corporation |
| 24-11701-amc | Linda Mary Crownover and Michael Karl Trobich | Pentagon Federal Credit Union |
| 24-11770-djb | Mouhammed K Jabbie | Santander Bank, N.A. |
| 24-11793-amc | Rustam Dosmatov | Freedom Mortgage Corporation |
| 24-11861-amc | Frank Anthony Rosetti and Lisa M Hoffman-Rosetti | Freedom Mortgage Corporation |
| 24-11869-pmm | Cameron M. Parker | Wells Fargo Bank, N.A. |
| 24-11894-amc | Gerle J. Jimenez Mireles and Germania M. Mejia | Freedom Mortgage Corporation |
| 24-12154-pmm | Julio C Fernandez | NexBank |
| 24-12181-amc | Michael A. Tancredi | PHH Mortgage Corporation |
| 24-12233-amc | Andrew S Whalen and Crystal R Whalen | Freedom Mortgage Corporation |
| 24-12243-amc | Jeanette M Lorenzo | Freedom Mortgage Corporation |
| 24-12251-amc | Steven J Rivel and Patricia T Rivel | Freedom Mortgage Corporation |
| 24-12353-pmm | Joseph Gormisky and Melissa M Cropley | Peritus Portfolio Services II, LLC as servicer for Westlake |
| 24-12367-amc | Thomas R Krug | Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2007-4, Asset-Backed Certificates, |
| 24-12410-djb | Edythe E Zgleszewski | Mortgage Assets Management, LLC |
| 24-12422-djb | Saleem A. Alhakim | Nationstar Mortgage LLC |
| 24-12461-pmm | Tyler W. Angstadt and Ashley M. Angstadt | PHH Mortgage Corporation |
| 24-12502-amc | Paul Koroma | Freedom Mortgage Corporation |

| Case | Debtor | Creditor |
|---|---|---|
| 24-12631-amc | Adrianne M Singleton | U.S. Bank National Association, As Trustee, Successor In Interest To Wachovia Bank, National Association, As Trustee For MASTR Alternative Loan Trust 2004-5 Mortgage Pass |
| 24-12644-amc | East Coast Investors, LLC | Wells Fargo Bank, N.A. as successor by merger to Wachovia |
| 24-12673-amc | Yvette Mabery | Santander Bank, N.A. |
| 24-12701-amc | Leontyne Bailey | Wells Fargo Bank, National Association, as Trustee for Option One Mortgage Loan Trust 2004-1, Asset-Backed Certificates, |
| 24-12768-pmm | Joseph Rose, III | HSBC Bank USA, National Association, as Trustee, for the registered holders of Nom ura Home Equity Home Loan, Inc. |
| 24-13144-djb | Stephanie Bondarenko | Wells Fargo Bank, N.A. |
| 24-13172-djb | Victoria Whitaker | Wells Fargo Bank, National Association as Trustee for Soundview Home Loan Trust 2007-OPT2, Asset-Backed |
| 24-13424-djb | Christopher Michael Penhollow | Freedom Mortgage Corporation |
| 24-13549-amc | Dina Nord | DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES |
| 24-13749-pmm | Birar Mukaddam | MSR Asset Vehicle LLC |
| 24-13781-amc | Rose Merle Smith | Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-OPT5, Asset-Backed |
| 24-13786-amc | Latanya Brown | Freedom Mortgage Corporation |
| 24-14055-pmm | Wayne Sampson Cooper, Jr. and Stephanie Anne Cooper | AmeriCU Credit Union |
| 24-14070-djb | Robert M. Gonzalez and Amber M Gonzalez | Freedom Mortgage Corporation |
| 24-14106-pmm | William J Hainsworth and Meredith B Hainsworth | Lakeview Loan Servicing, LLC |
| 24-14132-pmm | Robert Ray Anderson , III and Jennifer Anderson | Freedom Mortgage Corporation |
| 24-14166-amc | Troy D Daniels | Carrington Mortgage Services, LLC |
| 24-14188-pmm | Kristin M. Miller | Primary Residential Mortgage, Inc. |
| 24-14226-djb | Walter Miles, Jr. | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken |
| 24-14247-amc | Matthew Ferragame and Gina Ferragame | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 24-14248-djb | Jamilah F Bashir | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC, |
| 24-14255-pmm | Bilaal T Williams | Pentagon Federal Credit Union |
| 24-14295-pmm | Gertha Toussaint Cadet | Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT2, Asset-Backed |
| 24-14349-pmm | Jacquelyn Owens | Freedom Mortgage Corporation |
| 24-14425-pmm | Heidi Lei Schoenly | Freedom Mortgage Corporation |
| 24-14440-djb | Charles M Wrecsics | Mutual of Omaha Mortgage, Inc. |
| 24-14478-amc | Anne Njeru | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 24-14490-amc | Vanessa R. Wright | Wells Fargo Bank, N.A. |
| 24-14501-amc | Jessa C. Cintron | Wells Fargo Bank, N.A. |
| 24-14537-amc | Saji Choorakuzhiyil Sukumaran | Planet Home Lending, LLC |
| 24-14548-djb | John Vincent Walker, Jr. | American Neighborhood Mortgage Acceptance Company, LLC |
| 24-14615-pmm | Jhonatan Sanchez | Freedom Mortgage Corporation |
| 24-14619-pmm | Jose Gasper Rosario | Freedom Mortgage Corporation |
| 25-10101-pmm | Noe Enrique Soto- Espada | Santander Bank |
| 25-10188-djb | Shanise N Palmer | Lakeview Loan Servicing, LLC. |
| 25-10446-amc | William L. Irving | PHH Mortgage Corporation |
| 25-10493-pmm | Felecia Ann Fick | Wells Fargo Bank, N.A. |
| 25-10558-amc | John A. Quinn | Wells Fargo Bank, N.A. |
| 25-10578-djb | Melissa A. Seserko | Wells Fargo Bank, National Association, as Trustee for MASTR Asset Backed Securities Trust 2003-OPT2, Mortgage Pass-Through Certificates, Series 2003-OPT2 |

| | | |
|---|---|---|
| 25-10614-djb | Kelvin S. Brown | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS- |
| 25-10632-djb | Iryna V Klinkouskaya | Plaza Home Mortgage, Inc |
| 25-10675-amc | Carolyn M. Rivera | AmeriSave Mortgage Corporation |
| 25-10678-amc | Azaraha Robinson | American Neighborhood Mortgage Acceptance Company, LLC |
| 25-10808-pmm | Henry R. Heckman, III | U.S. Bank Trust Company, National Association, as trustee, as successor-in-interest to U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association, as Trustee, Successor by Merger to LaSalle National Bank, as Trustee for BCF L.L.C. Mortgage Pass- |
| 25-10865-djb | Cheryl A. Leabourne | Wells Fargo Bank, National Association, as Trustee for MASTR Asset Backed Securities Trust 2003-OPT2, Mortgage Pass-Through Certificates, Series 2003-OPT2 |
| 25-11285-pmm | Sha Nanette Nicholson | Wells Fargo Bank, National Association, as Trustee for Option One Woodbridge Loan Trust 2003-1, Asset Backed Certificates, |
| 25-11297-pmm | Maryanne L Schneider | The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A., as Trustee for Residential Asset Mortgage Products, Inc., |